Peter C. Holzer, Attorney at Law
210 West Main Street, Suite 102
Tustin, CA 92780
Telephone:  (714) 731-0900
Facsimile:  (714) 731-7867

Attorneys for Defendant
FRANCES C. MIRANDA

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCES C. MIRANDA, et al.,<br><br>Defendants. | Case No.  ED CV 11-01019<br><br>**DECLARATION OF PETER HOLZER RE FAILURE TO TIMELY FILE JOINT STATUS REPORT**<br><br>**DATE:**  December 12, 2011<br>**TIME:**  1:30 p.m.<br>**DEPT:**  2 |

I, PETER C. HOLZER, declare:

1.    I am an attorney at law duly licensed to practice law before all of the courts of the State of California.  I am the attorney of record in this case for Defendant FRANCES C. MIRANDA.

2.    Monday, November 28, 2011, was the last date for counsel to file the joint status report.  Although I diligently attempted to work with my co-counsel to

DECLARATION OF PETER HOLZER - 1

electronically that filing, I was unable to bring the filing of that pleading to fruition.

3.     Beginning on October 17, 2011, I regularly corresponded with the other lawyers in this case in an effort to cause the joint status report to be timely filed.   Through my efforts, a telephonic conference was finally conducted on November 16, 2011.

4.     A draft joint status report has been circulated among counsel, but a final version has never been agreed to.

5.     I have personal knowledge of the matters set forth herein and, if called to testify thereto, I could and would competently do so.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 30, 2011, at Tustin, California.

_____
PETER C. HOLZER

DECLARATION OF PETER HOLZER - 2