*CC: FISCAL*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCES C. MIRANDA, SHANNON MIRANDA, TONI PARILLA, SHANE MIRANDA, ANTONIO MIRANDA, III and CHERYL RAE-DAILEY<br><br>　　　　Defendants. | CASE NO.: EDCV 11-01019 VAP (OPx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Action Filed: July 1, 2011<br>Assigned to: Hon. Virginia A. Phillips |

　　The above-entitled cause came on regularly for mediation on February 23, 2012, and the parties settled all issues on that date.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

　　1.　　Plaintiff PRINCIPAL LIFE INSURANCE COMPANY has previously deposited the sum of Four Hundred Eighty-Four Thousand Eight Hundred Sixty-

- 1 -

Three Dollars and 08/100 Cents ($484,863.08), the total amount due and owing under the life insurance policy described in the complaint on file herein;

2. This judgment will adjudicate all estate, interest, right, or title, either legal or equitable, present or future, vested or contingent, or otherwise, in or to the insurance benefits deposited by Plaintiff, or any part thereof;

3. The sum of One Hundred and Seventy-Eight Thousand Six Hundred Thirty-Three Dollars and 77/100 Cents ($178,633.77) shall be disbursed to Defendant FRANCES MIRANDA in care of her attorney Peter Holzer and shall be made payable to the "Peter Holzer Client Trust Account."

4. The sum of Three Hundred Six Thousand Two Hundred Twenty-Nine Dollars and 31/100 Cents ($306,229.31) shall be disbursed to Defendants CHERYL RAE DAILEY, SHANNON MIRANDA, SHANE MIRANDA, ANTONIO MIRANDA III, and TONI PARILLA, collectively, in care of their attorney Joseph A. Roman and shall be made payable to the "Joseph A. Roman Client Trust Account."

5. The clerk of the court shall deliver the above-referenced sums to the Defendants as set forth above, in care of their respective attorneys of record.

Dated: July 30 2012.

_____
Honorable Virginia Phillips
United States District Judge

**PROOF OF SERVICE**

I the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Tustin, County of Orange. My business address is Law Offices of Peter C. Holzer, 210 West Main Street, Suite 102, Tustin, CA 92780.

On July 17, 2012, I served the within document(s) described as: [PROPOSED] JUDGMENT on the interested parties in this action:

☑  by placing ☐ the original ☑ true copy(ies) thereof enclosed in sealed envelope(s) ☑ addressed as follows: ☐ address as stated on the attached mailing list.

"PLEASE REFER TO THE ATTACHED MAILING LIST."

**(BY MAIL)** by placing the envelope for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services in Tustin, California in sealed envelopes with postage fully prepaid.

☐  **(BY HAND)** By placing the documents in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for delivery.

☐  **(BY FAX)** By use of facsimile machine telephone number: (714) 731-7867, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported to be complete and without error. The attached transmission report sets forth the date an time for the transmission, was properly issued by the transmitting facsimile machine.

☑  **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) at 10:15 a.m.. using e-mail address pholzer@attorneyholzer.com to the email address designated for each party identified above. I did not receive, within reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐  **FEDERAL** – I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 17th day of July, 2012 at Tustin, California.

Fabiola Cardona

# MAILING LIST

Principal Life Insurance Company v. Miranda, et al.
Case Number: ED CV 11-01019

Jay S. Blumenkopf, Esq.
Gonzalez Saggio & Harlan, LLP
700 South Federal Highway, Suite 200
Boca Raton, FL 33432
Attorney for Plaintiff, Principal Life Insurance Company

Kenneth Jones, Esq.
Gonzalez Saggio & Harlan, LLP
3699 Wilshire Blvd.. Suite 890
Los Angeles, CA 90010
Attorney for Plaintiff, Principal Life Insurance Company

Joseph A. Roman, Esq.
2825 East Tahquitz Canyon Way, Suite D-1
Palm Springs, CA 92262
Attorney for Defendants, Shannon Miranda, Toni Parilla, Shane Mirada, and Antonio Miranda, III.